

05/13/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| TRISHA BAER | ) | **Civil Action No.**　1:25-cv-774-PTG-LRV |
| (Plaintiff) | ) |  |
|  | ) |  |
| -v- | ) |  |
|  | ) |  |
| CYBERDATA TECHNOLOGIES INC. | ) |  |
| (Defendant) | ) |  |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME,**

**TO THE EXTENT LEAVE IS REQUIRED, AND FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Trisha Baer, proceeding pro se, respectfully moves this Court for leave to file her Opposition to Defendant's Motion to Dismiss the Second Amended Complaint out of time, to the extent leave is required, and for leave to file an opposition not exceeding thirty-five pages. In support of this Motion, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss the Second Amended Complaint on April 28, 2026. Under Local Civil Rule 7(F)(1), an opposition ordinarily would have been due fourteen days later, on May 12, 2026.

1

2. Plaintiff does not concede that May 12, 2026 was the operative deadline in this circumstance. Under the Eastern District of Virginia's amended Roseboro practice, the Court, rather than opposing counsel, provides notice to a pro se litigant concerning the deadline to respond to a dispositive motion.

3. In connection with Defendant's first motion to dismiss in this action, the Court issued a Roseboro notice establishing a twenty-one-day response deadline. No comparable notice issued for Defendant's current Motion to Dismiss the Second Amended Complaint.

4. In the absence of a Court-issued Roseboro notice, Plaintiff reasonably believed the Court would establish the operative response deadline as it had done previously.

5. To the extent the Court determines that the standard fourteen-day deadline under Local Civil Rule 7(F)(1) nevertheless applied, Plaintiff respectfully requests leave to file the attached Opposition one day out of time.

6. Any delay was minimal, inadvertent, and caused by reasonable confusion regarding the response deadline. Plaintiff acted diligently and submits the proposed Opposition with this Motion. Defendant will suffer no prejudice from a one-day delay.

7. Plaintiff also respectfully requests leave under Local Civil Rule 7(F)(3) to file an Opposition not exceeding thirty-five pages.

8. Good cause exists for this modest enlargement of the page limit. Defendant seeks dismissal of all six counts of the Second Amended Complaint and raises distinct issues under federal law and Virginia law, including breach of contract, fraud, FLSA retaliation, the Virginia Whistleblower Protection Law, the Virginia Wage Payment Act, and wrongful discharge in violation of public policy.

2

9. Plaintiff has diligently condensed her Opposition. However, because Defendant seeks dismissal of all claims and raises count-specific arguments as to each, Plaintiff requires modest additional space to respond clearly and assist the Court in resolving the issues presented.

10. Plaintiff requests only five pages beyond the thirty-page limit. The requested enlargement will not prejudice Defendant and will not unduly burden the Court.

11. Plaintiff submits the proposed Opposition with this Motion and respectfully requests that the Court deem the attached Opposition filed as of the date submitted.

12. Plaintiff has contacted counsel for Defendant regarding this request. Defendant has not yet responded.

13. Plaintiff respectfully requests expedited consideration and asks the Court to decide this procedural Motion without oral hearing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion; permit Plaintiff to file the attached Opposition to Defendant's Motion to Dismiss the Second Amended Complaint out of time, to the extent leave is required; permit Plaintiff's Opposition not to exceed thirty-five pages; and deem the attached Opposition filed as of the date submitted.

Respectfully submitted,

Trisha Baer
Pro Se Plaintiff
16366 Monroe St
Omaha, NE 68135
(531) 205-6550
Trisha.godlewski@gmail.com

3

CERTIFICATE OF SERVICE

I hereby certify that on this Wednesday, May 13, 2026, a copy of the foregoing PLAINTIFF'S

MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME, TO THE EXTENT LEAVE IS

REQUIRED, AND FOR LEAVE TO FILE EXCESS PAGES was served via electronic mail upon

the following counsel of record:

_____

Edward Tolchin

Offit Kurman, P.A.

etolchin@offitkurman.com

_____

_____

Trisha Baer
Pro Se Plaintiff
16366 Monroe St
Omaha, NE 68135
(531) 205-6550
Trisha.godlewski@gmail.com

CERTIFICATION PURSUANT TO LOCAL RULE 83.1(M)

I declare under penalty of perjury that:

(1) No attorney has prepared or assisted in the preparation of this document.


_____

Trisha Baer
Pro Se Plaintiff
16366 Monroe St
Omaha, NE 68135
(531) 205-6550
Trisha.godlewski@gmail.com

Executed on:   May 13, 2026

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| | )  **Civil Action No.**   1:25-cv-774-PTG-LRV |
| TRISHA BAER | ) |
| (Plaintiff) | ) |
| | ) |
| -v- | ) |
| | ) |
| CYBERDATA TECHNOLOGIES INC. | ) |
| (Defendant) | ) |

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to File Opposition Out of Time, To the Extent

Leave Is Required, and for Leave to File Excess Pages, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff's Opposition to Defendant's Motion to Dismiss the Second Amended

Complaint, submitted with Plaintiff's Motion, is deemed timely filed as of the date submitted; and

it is further

ORDERED that Plaintiff is granted leave to file an Opposition not exceeding thirty-five pages.

Entered this ___ day of _____, 2026.

_____

Hon. Patricia Tolliver Giles

United States District Judge