*UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA*

---

*Trisha Baer*
                    *Plaintiff(s)*

                                                    *vs.*                    Case No: 1:25-cv-00774-PTG-LRV

*Cyberdata Technologies, Inc.*
                    *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE*

*I, Maruo Bekhit, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Subpoena Duces Tecum in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 07/16/2026 at 9:13 AM, I served Dark Wolf Solutions, LLC c/o Steven Bailey, Registered Agent at 13454 Sunrise Valley Drive, Herndon, Virginia 20171 with the Subpoena Duces Tecum by serving Michelle Reveron, Records Custodian, authorized to accept service.*

*Michelle Reveron is described herein as:*

*Gender: Female    Ethnicity: Black    Age: 49    Weight: 155    Height: 5'7"    Hair: Brown*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 07/16/2026*

*Maruo Bekhit*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: :02310001.00016*
*Job #:16373809*