**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| TRISHA BAER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-774-PTG-LRV |
| | ) | |
| CYBERDATA TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on Plaintiff's *pro se* Expedited Motion to Quash or, Alternatively, Strictly Modify Defendant's Subpoena to Dark Wolf Solutions, LLC ("Dark Wolf"), for Protective Order, and to Temporarily Stay Compliance Immediate Interim Relief and Decision on the Papers Requested (Dkt. No. 81) (the "Motion to Quash"), the memorandum in support thereof (Dkt. No. 82), and the related exhibits (Dkt. Nos. 81-1–81-3).  Upon consideration of the briefing and the full record, it is hereby

**ORDERED** that Defendant file any response to the Motion to Quash by 3:00 p.m. ET on Friday, July 31, 2026 and therein address whether Dark Wolf has objected, complied with, or otherwise responded to the subpoena, and Defendant's position on why the information requested from Dark Wolf is discoverable and the subpoena proportional to the needs of this action.

**ENTERED** this 29th day of July, 2026.

Alexandria, Virginia

*Lindsey R. Vaala*
_____
Lindsey R. Vaala
U.S. Magistrate Judge

1